UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
DEC 0 9 1997
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| AMERICAN EXPRESS TRAVEL § <br> RELATED SERVICES, INC. § <br> § <br> PLAINTIFF § <br> § <br> VS. § <br> § <br> MORRIS D. JAFFE, JR. AND § <br> COMTRAN INTERNATIONAL, INC. § <br> § <br> DEFENDANTS § | CAUSE NO. SA-97-CA-0714 |

## AGREED JUDGMENT

On the 5th day of December, 1997 the parties advised the Court of an agreement disposing of all matters in controversy in this cause. In accordance with the agreement of the parties, it is, accordingly,

ORDERED, ADJUDGED AND DECREED that the Plaintiff, American Express Travel Related Services, Inc., have and recover judgment of and from the Defendants, Morris D. Jaffe, Jr. and Comtran International, Inc., jointly and severally, in the sum of $1,514,313.02, plus interest thereon from November 19, 1997 until paid at the rate of 18% per annum, compounded on the 25th day of each month, plus costs of court, for all of which let execution issue.

Signed this 9th day of December, 1997.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE



AGREED:

        LeLaurin & Kessler, L.L.P.

By: _____
        Louis LeLaurin, III
        State Bar No. 12188500
        Attorney for Plaintiff
        P.O. Box 90051
        3737 Broadway, Suite 295
        San Antonio, Texas 78209
        Voice: (210) 828-5505, ext. 307
        Fax: (210) 828-7725

Butler & Binion, L.L.P.

112 E. Pecan St., 27th Floor
San Antonio, Texas 78205
Telephone: 210-227-2200
Telecopier: 210-223-6730

By: _____
        Lawrence R. Linnartz, P.C.
        State Bar No. 12392500
        Attorneys for Defendants
        Morris D. Jaffe, Jr. and
        Comtran International, Inc.